UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *TERESA WOODS and KENNETH SLOAN*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Cause No.: 4:20-cv-01413-HEA |
| v. ) | |
| ) | |
| *RED ROOF INNS, INC.*, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT PROPOSED SCHEDULING PLAN

COME NOW the Parties and submit their proposed scheduling plan:

1. The Parties agree **Track 2** is appropriate.

2. Joinder of additional parties or amendment of pleadings: **December 18, 2020**.

3. Discovery Plan:

    (i) Agreed-upon provisions for disclosure or discovery of electronically stored information: **None.**

    (ii) Agreements the parties reach for asserting claims of privilege or of protection as trial-preparation material after production: **The Parties agree the provisions of Fed. R. Evid. 502 shall apply.**

    (iii) A date by which the parties will disclose information and exchange documents pursuant to Fed.R.Civ.P. 26(a)(1): **December 1, 2020**

    (iv) Whether discovery should be conducted in phases or limited to certain issues: **No, other than what is identified in this Plan.**

    (v) Dates by which each party shall disclose its expert witnesses:

    - Plaintiffs' Expert Disclosures Due: **March 31, 2021**

    - Plaintiffs' Experts must be deposed: **April 28, 2021**

    - Defendant's Expert Disclosures Due: **May 26, 2021**

14208471.v1

> - Defendant's Experts must be deposed: **June 30, 2021**

    (vi)    The Parties **agree** the presumptive limits of ten (10) depositions per side as set forth in Fed.R.Civ.P. 30(a)(2)(A), and twenty-five (25) interrogatories per party as set forth in Fed.R.Civ.P. 33(a), should apply in this case.

    (vii)    The Parties **do not** anticipate the need for any physical or mental examinations of parties under Fed.R.Civ.P. 35. If that anticipation changes, the Parties agree to work together to provide mutually acceptable deadlines.

    (viii)    Discovery to be completed: **July 2, 2021**

4.    The Parties anticipate referral to mediation would be most appropriate after substantial fact discovery, but before expert discovery. **The Parties request referral to mediation on February 15, 2021, to be completed by March 31, 2021**.

5.    Dispositive Motions Due: **July 15, 2021**

6.    Earliest date by which this case should reasonably be expected to be ready for trial: **March 2022**.

7.    An estimate of the length of time expected to try the case to verdict: **4 days**.

| SANSONE & LAUBER | SANDBERG PHOENIX & von GONTARD P.C. |
|---|---|
| BY: */s/ Benjamin Joseph Sansone*<br>Benjamin Joseph Sansone, #53852MO<br>7777 Bonhomme Ave.<br>Suite 2100<br>St. Louis, MO 63105<br>(314) 863-0500<br>(314) 677-3530 FAX<br>Ben@MissouriLawyers.com<br>*Attorneys for Plaintiff* | BY: */s/ Mary Ann Mellow*<br>Mary Anne Mellow, # 33351MO<br>Zachary S. Merkle, #68258MO<br>600 Washington Avenue - 15th Floor<br>St. Louis, MO  63101-1313<br>314-231-3332<br>314-241-7604 (Fax)<br>mmellow@sandbergphoenix.com<br>zmerkle@sandbergphoenix.com<br>*Attorneys for Defendants* |

14208471.v1